CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
    LOWE'S HIW, INC.. erroneously sued as
    LOWE'S HOME CENTERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALICIA MAIDEN,<br><br>    Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS, INC., and DOES 1 TO 20,<br><br>    Defendants. | CASE NO.: 2:12-CV-09716-MMM(AJWx)<br><br>(Los Angeles County Superior Court Case No.: BC485108)<br><br>**STIPULATED PROTECTIVE ORDER** |

Upon consideration of the Parties' Stipulation for Protective Order and finding good cause thereon, the terms of the Protective Order shall govern the handling and disclosure of confidential documents, things, and information produced in this action.

**IT IS SO ORDERED.**

              /s/   Andrew J. Wistrich
Dated: 12/10/2013        _____
              **U.S. Magistrate Judge**

- 1 -
**[PROPOSED] STIPULATED PROTECTIVE ORDER**
Maiden v. Lowes Home Centers
Case No.: 2:12-CV-09716-MMM-FMO